UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Osama Elwan,<br>　　Petitioner,<br><br>v.<br><br>Lorie Davis,<br>　　Respondent. | Civil Action H-18-4719 |

## Order of Adoption

On February 27, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation recommending that Osama Elwan's petition for writ of habeas corpus be denied with prejudice. (D.E. 4.) No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed ___04·03___ 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge